# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LIBERTY PHILADELPHIA REO, LP, | : No. 305 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| EFL PARTNERS V, L.P. AND EFL | : |
| PARTNERS X, L.P., | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.